David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 /  (480) 644-1082(fax)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| RIGGINS, ERICA KRYSTAL | ) Case No. 2:22-bk-08511-PS |
| | ) |
| | ) TRUSTEE'S OBJECTION TO |
| Debtor(s) | ) PROPERTY CLAIMED EXEMPT |
| | ) |

David A. Birdsell, trustee of the above-captioned estate, pursuant to Bankruptcy Rule 4003(b), objects to the exemption claimed by the debtor(s), as shown on debtor(s)' schedule B-4, of the following property:

ARIZ. REV. STAT. § 33-1126(A)(11) 'REFUNDABLE FEDERAL OR STATE INCOME OR CHILD TAX CREDITS: FEDERAL & STATE

As grounds for objection, the Trustee states that:

THIS EXEMPTION NO LONGER EXISTS. PROPOSITION 209 TOOK EFFECT 12/06/22 AND DOES NOT INCLUDE THE ABOVE STATED EXEMPTION

The trustee requests that after notice and hearing, an order be entered denying the above claimed exemption of the debtor(s).

| | |
|---|---|
| January 31, 2023_____ | /s/ David A. Birdsell_____ |
| DATE | David A. Birdsell, Trustee |

[TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT] - 1

1 Copies mailed on:
2 JANUARY 31, 2023 to:
Debtor(s)
3 Attorney for Debtor(s)
U.S. Trustee
4 By_David A. Birdsell_____
5           Trustee

[TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT] - 2